**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAUL GREEN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | |
| | § | **3:12-CV-664-L** |
| **DALLAS COUNTY SCHOOLS,** | § | |
| | § | |
| **Defendants.** | § | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant, through their undersigned counsel, file this Stipulation of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(ii) for the Federal Rules of Civil Procedure.

Plaintiff moves to dismiss all allegations in this lawsuit against defendant WITHOUT PREJUDICE to pursue state law claims in state court in Dallas County. Plaintiff and Defendant stipulate that Plaintiff is abandoning any current or potential federal causes of action and seeks only to pursue his claims in state court in Dallas County.

Plaintiff and Defendant also stipulate that any discovery exchanged to date and due after the filing of this stipulation will be fully admissible, subject to any objections raised in the discovery, in any subsequent lawsuit filed in state court. Plaintiff and Defendant stipulate further that Plaintiff already has served Defendant with twenty-five interrogatories and will not serve any additional interrogatories in pursuing his claims in state court in Dallas County.

Respectfully submitted,


 /s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
JOE KENDALL
Texas Bar No. 11260700
JAMIE J. MCKEY
Texas Bar No. 24045262
**THE KENDALL LAW GROUP**
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204
214-744-3000 / 214-744-3015 (Facsimile)


PAUL F. WRIGHT
Texas Bar No. 24008308
DANYA FULLER
Texas Bar No. 24059786
The Wright Firm, L.L.P.
8150 N. Central Expressway, Suite 775
Dallas, Texas  75206
469-635-6909 / 214-780-9797 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

and

/s/ Meredith Prykryl Walker
MEREDITH PRYKRYL WALKER
Texas Bar No. 24056487
**WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.**
909 Hidden Ridge, Suite 410
Irving, Texas  75038
214-574-8800 / 214-574-8801 (Facsimile)
**ATTORNEY FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was forwarded to the following counsel of record via the Court's ECF system on August 29, 2012.

Meredith Prykryl Walker
Walsh, Anderson, Gallegos,
Green & Treviño, P.C.
909 Hidden Ridge, Suite 410
Irving, Texas  75038
Attorneys for Defendants


　 /s/ Matthew R. Scott 　　　　　　　
Matthew R. Scott